# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148870

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148870
COA: 317329
Wayne CC: 12-008413-FJ

EMMANUEL JALEN BRIGGS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



                           Clerk

t0616